UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| 181 HARBOR MEZZ LLC,<br><br>       Plaintiff,<br><br>-against-<br><br>KORE FUND LTD,<br><br>       Defendants. | Case No. 1:23-cv-8477 |

### ORDER

This matter comes before the Court on the parties' stipulation to remand this case to the Supreme Court of the State of New York, County of New York. The Court APPROVES this stipulation and REMANDS this case to the Supreme Court of the State of New York, County of New York.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and mail a certified copy of this Order to the Supreme Court of the State of New York, County of New York

Dated: October 3, 2023

                           United States District Judge

ORDER
91502155.1